IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT NORTH CAROLINA
Case No.: 3:16-CV-00499

| | |
|---|---|
| REPUBLIC CRANE AND EQUIPMENT COMPANY ) ) ) Plaintiff, ) ) vs. ) ) LIEBHERR MINING & ) CONSTRUCTION EQUIPMENT, INC. ) d/b/a LIEBHERR CONSTRUCTION ) EQUIPMENT CO. ) ) Defendant. ) ) | **ORDER GRANTING DEFENDANT'S MOTION TO FILE DOCUMENT UNDER SEAL WITH PLAINTIFF'S CONSENT** |

**THIS MATTER IS BEFORE THE COURT** on Defendant Liebherr Mining & Construction Equipment, Inc. d/b/a Liebherr Construction Equipment Co.'s ("Liebherr") Motion to File Document Under Seal, filed July 6, 2016.

Having carefully considered the motion, and for good cause shown, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Defendant's Motion to File Document Under Seal is **GRANTED**. Liebherr is directed to file the Distributor Restructure Agreement referenced in its motion under seal within three (3) days from entry of this Order. The Distributor Restructure Agreement shall remain under seal until further order of this Court.

SO ORDERED.

Signed: July 7, 2016

*[signature]*

Graham C. Mullen
United States District Judge