IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:16CV499-GCM

| | |
|---|---|
| REPUBLIC CRANE AND EQUIPMENT COMPANY, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>LIEBHERR MINING & CONSTRUCTION )<br>EQUIPMENT, INC. d/b/a LIEBHERR )<br>CONSTRUCTION EQUIPMENT CO., )<br>)<br>Defendant. )<br>_____ ) | ORDER |

This matter is before the Court upon Defendant's Motion to Dismiss or Transfer (Doc. No. 5). The agreements at issue in this case contain a mandatory forum-selection clause in which the parties agreed to submit to the exclusive jurisdiction of the state and federal courts in Newport News, Virginia. The Plaintiff has filed a response to Defendant's motion indicating that it does not object to the transfer of this action to the United States District Court for the Eastern District of Virginia. Accordingly,

IT IS THEREFORE ORDERED that Defendant's Motion to Dismiss is DENIED and the Motion to Transfer is hereby GRANTED. This matter shall be transferred to the United States District Court for the Eastern District of Virginia.

Signed: September 19, 2016

*Graham C. Mullen*
Graham C. Mullen
United States District Judge